# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN RAYMOND

NO. 2024 KW 1271

**JANUARY 15, 2025**

---

In Re:   John Raymond, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5603-F-2022.

---

**BEFORE:   LANIER, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**WIL**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT